CHIEF JUSTICE
  CAROLYN WRIGHT
JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK



**Court of Appeals**
**Fifth District of Texas at Dallas**
600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

September 11, 2015

Jacob R. Higgins
Wisener Nunnally Roth, LLP
245 Cedar Sage Drive, Suite 240
Garland, TX 75040

Myra Edith Kirkland
Dallas County Probate Courts
509 Main Street, Records Building, Room 217
Dallas, TX 75202

Re:     **In The Guardianship of Ny'Dia Simmons, and Incapacitated Person # 05-15-00955-CV**

Dear Attorneys:

Enclosed is a corrected page for the above-mentioned case. Please note the following typographical error, which has been corrected:

Opinion by Justice Lang-Miers replaces Opinion by Justice Francis

Please replace the page of your previous copy with the enclosed.

Sincerely,

/s/ Lisa Matz

Lisa Matz
Clerk of the Court

cc:     Trial court judge
        Trial court clerk